People v Belitz (2024 NY Slip Op 03550)

People v Belitz

2024 NY Slip Op 03550

Decided on June 27, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 27, 2024

Before: Webber, J.P., Gesmer, Kennedy, Rosado, O'Neill Levy, JJ. 

Ind. No. 70273/23 Appeal No. 2567 Case No. 2023-04855 

[*1]The People of the State of New York, Respondent,
v
Yoel Belitz, Defendant-Appellant.

ZMO Law PLLC, New York (Zachary Margulis-Ohnuma of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Saad Siddiqui of counsel), for respondent.

Order, Supreme Court, Bronx County (Raymond L. Bruce, J.), entered on or about August 31, 2023, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.
The court providently exercised its discretion in declining to grant a downward departure (see People v Gillotti, 23 NY3d 841 [2014]). The court's scoring of points under risk factors three (three or more victims) and seven (stranger relationship) did not result in an overassessment of defendant's risk of reoffense and danger to the public (see id. at 860). The number of still images and videos found in defendant's possession and the nature of those images, many of which depict young children engaged in sexually explicit acts, along with the fact that defendant organized and disseminated the images and videos, foreclose the conclusion that a level two designation overstates the risk of reoffense posed by defendant. The mitigating factors cited by defendant were adequately taken into account by the risk assessment instrument or were outweighed by the egregiousness of defendant's conduct.THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 27, 2024